■ BARBARA SCOTT, Respondent, v JAMES SCOTT, Appellant.

In this case, the defendant husband moved, *inter alia,* to enforce the parties' stipulation and judgment of divorce with regard to his visitation with the parties' children, or in the alternative to transfer the physical custody of the parties' children to him, and to suspend his child support obligations. These requests for relief abated upon his death *(see, Huss v Huss,* 18 NY2d 812). Mollen, P. J., Mangano, Thompson and Lawrence, JJ., concur.